# L E S T E R   S C H W A B   K A T Z   &   D W Y E R ,   L L P

100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

MICHAEL FRITTOLA
Writer's Direct Dial: (212) 341-4204
E-Mail: mfrittola@lskdnylaw.com

**NEW JERSEY OFFICE**
61 S. Paramus Road
Suite 250
PARAMUS, NJ 07652
(973) 912-9501

June 28, 2022

By ECF

Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:** ***Germano v. Strumba Media, LLC, et al.***
> **CV-00008 (JMA)(AYS)**

Dear Judge Shields:

This is the joint letter the parties were directed to file during today's telephone conference.

The parties have exchanged initial disclosures and anticipate serving additional paper discovery demands on or before July 15, 2022, with responses to these additional demands to be served on or before August 15, 2022.

The additional information to be supplied as per the Court's April 15, 2022 Scheduling Order is set out below:

**1.  Dates certain for the taking of all fact depositions:**

Plaintiff:  September 13, 2022;

Defendant Strumba Media: September 27, 2022;

Defendant Thrive Market: October 11, 2022.

**2.  Statement as to whether the parties will be using any experts in this matter, the number of such experts, and the matters as to which they will testify:**

Plaintiff anticipates having one medical damages expert, and one expert to address the liability issues, including the manufacture of the product at issue and its warning.

The defense anticipates retention of an expert in the gastroenterology field, and an expert to testify on matters related the manufacture of the food product at issue and plaintiff's claims related to its warning.

Hon. Anne Y. Shields
June 28, 2022
Page 2

**3. Proposed completion date for expert discovery.**

The proposed completion date for expert discovery is February 1, 2023.

**4. Whether the parties request this Court's assistance with settlement or a referral to the Eastern District mediation program.**

At this time, the parties wish to engage in further discovery before requesting the Court's assistance with settlement or a referral to the mediation program.

Respectfully,

*/s/ Michael Frittola*
Michael Frittola, for Defendants

*/s/ William Stoltz*
William Stoltz, for Plaintiff