**LAW OFFICES ROSEMARIE ARNOLD**
1386 Palisade Avenue
Fort Lee, New Jersey 07024
(201) 461-1111
Attorneys for Plaintiff

| | |
|---|---|
| TINA GERMANO<br><br>                    Plaintiffs,<br><br>v.<br><br>STRUMBA MEDIA, LLC, d/b/a MIRACLE NOODLE, THRIVE MARKET, INC., "JOHN DOE 1-10", "BOB BOE 1-10", "ABC CORP. 1-10", and "DEF CORP. 1-10" (the last four being fictitious designations)<br><br>                    Defendants. | UNITED STATES DISTRICT COURT EASTERM DISTRICT OF NEW YORK<br><br>CIVIL ACTION NO: 2:22-CV-8<br><br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

This matter having been amicably settled between Plaintiff TINA GERMANO and Defendants STRUMBA MEDIA, LLC, d/b/a MIRACLE NOODLE and THRIVE MARKET, INC. (collectively, "the Parties), the Parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 7, 2024

> LAW OFFICES ROSEMARIE ARNOLD
> /s/ William R. Stoltz
> By:   WILLIAM R. STOLTZ, ESQ.
> *Attorneys for Plaintiff TINA GERMANO*

Dated: March 7, 2024

> LESTER SCHWAB KATZ & DWYER
> By:   /s/ Michael Frittola
> MICHAEL FRITTOLA, ESQ.
> *Attorneys for Defendants STRUMBA MEDIA, LLC, d/b/a MIRACLE NOODLE and THRIVE MARKET, INC.*